

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

March 7, 2024

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    Re: *Reel Thing, LLC v. AJH Films Limited et al.*, No. 24-cv-00169-RA

Dear Judge Abrams:

    We represent Plaintiff Reel Thing, LLC in the above referenced matter. We are writing on behalf of all parties to request an adjournment of the March 22, 2024 initial status conference and to relay Defendant Alex Holder's request for a 30-day extension of time, from March 18 to April 17, 2024, to respond to the Complaint. Both Defendant AJH Films and Defendant Alex Holder have agreed to waive service of the Complaint (Dkt. Nos. 11 and 12). However, because AJH Films is a United Kingdom entity, it has ninety days from the date of Reel Thing's mailing of its waiver request to respond to the pleading, whereas Mr. Holder has sixty days to respond. Accordingly, the requested extension will align Mr. Holder's response date with AJH Film's. Plaintiff Reel Thing consents to Defendant Alex Holder's request for an extension.

    The parties also request an adjournment of the March 22, 2024 initial status conference, so that the conference maybe held after Defendants respond to the Complaint. In addition, the parties are engaged in a productive settlement dialogue and the requested adjournment will give the parties additional time to continue their discussions.

                Respectfully submitted,

                /s/ Cynthia S. Arato

Application granted.

The initial status conference is hereby adjourned until April 26, 2024 at 3:30 p.m. (Call-in Number: 888-363-4749; Access Code: 1015508). No later than April 19, 2024, the parties shall submit a joint letter, proposed case management plan, and proposed scheduling order, as outlined in the Court's January 18, 2024 Order. *See* Dkt. No. 9.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 11, 2024