

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

April 10, 2024

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Reel Thing, LLC v. AJH Films Limited et al.*, No. 24-cv-00169-RA

Dear Ms. Rojas:

     We represent Reel Thing, LLC in the above referenced matter. We write on behalf of all parties to request an approximately 30-day adjournment of the April 26, 2024 initial status conference and to relay Defendants' request for a further 30-day extension of time, from April 17, 2024 to May 17, 2024, to respond to the Complaint. This is the second request for an adjournment of the initial status conference. This is the first request for an extension of the response date for AJH Films Limited and the second request for an extension of the response date for Alex Holder. The parties request the adjournments because they are engaged in a productive settlement dialogue and the requested adjournment will give the parties additional time to continue their discussions. The parties also request the adjournment of the April 26, 2024 initial status conference, so that the conference maybe held after Defendants respond to the Complaint.

     Respectfully submitted,

     /s/ Cynthia S. Arato

     Cynthia S. Arato

CC
Andrew B. Brettler (via email)

Application granted. The initial status conference, currently scheduled for April 26, 2024, is hereby adjourned.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 12, 2024